1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL MONTANO,                                1:06-CV-1465 AWI-DLB-PC

12
              Plaintiff,
13
         vs.
14
     MEDICAL DEPARTMENT
15   SOLANO CSP, et al.,

16            Defendants.                         ORDER TRANSFERRING CASE
                                          /
17
         Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42
18
     U.S.C.  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
19
         In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged
20
     violations took place in Solano County which is part of the Sacramento Division of the United States
21
     District Court for the Eastern District of California.   Therefore, the complaint should have been filed
22
     in the Sacramento Division.
23
         Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper
24
     court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will
25
     be transferred to the Sacramento Division.
26
         Good cause appearing, IT IS HEREBY ORDERED that:
27
         1.  This action is transferred to the United States District Court for the Eastern District of
28

                                              1

1  California sitting in Sacramento; and

2       2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3  filed at:

4

5              United States District Court
               Eastern District of California
               501 "I" Street, Suite 4-200

6

7       IT IS SO ORDERED.

8       **Dated:**   **April 26, 2007**              _____**/s/ Dennis L. Beck**_____

9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28